UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR24-0094JLR |
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| JESUS ORTIZ-PLATA and JUAN PABLO CUELLAR MEDINA, | |
| Defendants. | |

Before the court is Defendant Juan Pablo Cuellar Medina's motion to continue the trial in this matter.  (Mot. (Dkt. # 29).)  Plaintiff the United States of America "agrees with a continuance."  (*Id.* at 4.)  Counsel for Defendant Jesus Ortiz-Plata, Assistant Federal Public Defender Jesse Cantor, "agrees that a continuance of the trial date is necessary to afford Mr. Ortiz-Plata a thorough defense and protect his right to effective assistance of counsel."  (Ortiz-Plata Resp. (Dkt. # 33) at 1.)  Although Mr. Cuellar Medina has signed a speedy trial waiver "during the period from the present until two

ORDER - 1

weeks beyond the new trial date set by the Court" (Waiver (Dkt. # 29-2) at 2), Mr. Ortiz-Plata has not signed a speedy trial waiver (*see* Ortiz-Plata Resp. at 1 ("[I]t is unclear at this time whether Mr. Ortiz-Plata will agree to sign a speedy trial waiver. Should that change, then undersigned counsel will file an executed speedy trial waiver.")).

The Speedy Trial Act "includes an ends of justice provision, allowing for the exclusion of time where a district court finds 'that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.'" *United States v. Olsen*, 21 F.4th 1036, 1041 (9th Cir. 2022) (quoting 18 U.S.C. § 3161 (h)(7)(A)). "In determining whether the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, the district court must evaluate, 'among others,' several enumerated factors." *Id.* (quoting 18 U.S.C. § 3161(h)(7)(B)). *See generally* 18 U.S.C. § 3161(h)(7)(B)(i)-(iv) (listing factors).

The court has considered the factors in 18 U.S.C. § 3161(h)(7)(B)(i)-(iv) and all other relevant circumstances of this case and finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Ortiz-Plata in a speedy trial. Mr. Ortiz-Plata's attorney believes a continuance "is necessary to afford Mr. Ortiz-Plata a thorough defense." (Ortiz-Plata Resp. at 1.) The court agrees. This is a complex human trafficking case with multiple defendants, and a miscarriage of justice could result if Mr. Ortiz-Plata's attorney is not given "sufficient time to prepare an effective defense." (*Id.* at 2.)

//

ORDER - 2

The court therefore ORDERS that the period from the date of this order to the new trial date shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B)(i) and (iv).

The court further ORDERS that the trial date in this matter is continued to November 4, 2024, and the pre-trial motions due date is continued to September 20, 2024.

Dated this 26th day of June, 2024.

_____
JAMES L. ROBART
United States District Judge

ORDER - 3