HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JUAN PABLO CUELLAR MEDINA,<br><br>　　　　　Defendant. | Cause No.  CR 24-094 JLR<br><br>**ORDER ON MOTION FOR PERPETUATION DEPOSITIONS** |

　　　This matter comes before the Court on motion of Defendant Cuella-Medina pursuant to Federal Criminal Rule 15(a) to take perpetuation depositions of individuals identified in his motion as DZC, EZC, and APM.  All three possess information that is material to the case.  All three are illegal aliens and there is a danger that they may not appear for trial although the Government has served them with trial subpoenas.  Counsel for the Co-defendant Ortiz-Plata has agreed to the depositions.  Given the unique circumstances of this case, the Government does

ORDER ON MOTION FOR
PERPETUATION DEPOSITIONS - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

not object to the depositions. The Court finds that the Defendant has made a sufficient showing of exceptional circumstances and that granting the motion is in the interest of justice.

It is therefore ordered that the Defendant may take the perpetuation depositions of DZC, EZC, and APM. Defense counsel may command their presence at the depositions by subpoena. If the witnesses remain in custody, the government shall make available suitable accommodations for the depositions. The depositions shall be recorded by an official court report and by a videographer.

DATED THIS 25th day of July, 2024

*[signature]*
HONORABLE JAMES L. ROBART
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER ON MOTION FOR
PERPETUATION DEPOSITIONS - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818