HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN PABLO CUELLAR MEDINA,<br><br>Defendant. | Cause No. CR 24-094 JLR<br><br>**ORDER DIRECTING GOVERNMENT TO PAY DEPOSITION EXPENSES** |

This matter comes before the Court on Defendant Cuellar-Medina's Motion for an order directing the Government to pay deposition expenses pursuant to Federal Criminal Rule 15(d). The Court previously entered an order authorizing the Defendant to take depositions of the witnesses identified as DZC, EZC, and AMP pursuant to Federal Criminal 15. The Court is satisfied that the Defendant has met the requirements of Criminal Rule 15(d) and counsels for the Government and

ORDER DIRECTING GOVERNMENT
TO PAY DEPOSITION EXPENSES - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

Defendant Otiz-Plata have indicated that they will not oppose the motion. The Court is furthermore satisfied that the expenses requested by the motion are reasonable.

Therefore, it is ordered that the Government shall pay the deposition expenses of the witnesses identified as DZC, EZC, and APM. The expenses shall include the following: cost of the court reporter, cost of the videographer, cost of the transcript, cost of the video recording, and cost of the certified interpreter.

DATED THIS 22nd day of August, 2024

*[signature]*
HONORABLE JAMES L. ROBART
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER DIRECTING GOVERNMENT
TO PAY DEPOSITION EXPENSES - 2

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818